<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2123**

———————

STARSHA SEWELL,

          Plaintiff – Appellant,

    v.

STRAYER UNIVERSITY,

          Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:12-cv-02927-DKC)

———————

Submitted: February 24, 2015      Decided: March 11, 2015

———————

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Starsha Sewell, Appellant Pro Se. Denise E. Giraudo, Joleen Okun, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying her Fed. R. Civ. P. 60(b) motion and her motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sewell v. Strayer Univ., No. 8:12-cv-02927-DKC (D. Md. Apr. 18, Sept. 18, Sept. 26, Oct. 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED